UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

TYLER BLAINE MILLER,

               Defendant.

_____/

Case No. 2:24-pt-00024

Hon. Robert J. Jonker
U.S. District Judge

## **<u>ORDER OF DETENTION</u>**

In 2022, Defendant Tyler Blaine Miller was convicted in the Eastern District of Michigan of conspiracy to steal firearms from a federal firearms licensee and to possess stolen firearms.  ECF No. 6.  Defendant began his term of supervised release on Aug. 23, 2024, *id.*, and jurisdiction over his case was transferred to this district Oct. 2, 2024, ECF No. 3.

On May 12, 2026, U.S. Probation filed a Petition for Warrant or Summons for Offender Under Supervision ("the Petition").  ECF No. 6.  The Petition alleged 13 violations of supervised release.

Also on May 12, 2026, U.S. District Judge Robert J. Jonker issued a warrant for Defendant's arrest.  ECF No. 7.

Defendant Miller was arrested on May 21, 2026, and made his initial appearance on the Petition on May 22, 2026.  ECF No. 8.  During this hearing, Defendant requested a hearing on the issue of detention.

The issue of detention or release in this scenario is governed by Fed. R. Crim. P. 32.1(a)(6), which provides:

*Release or Detention.* The magistrate judge may release or detain the person under 18 U.S.C. § 3143(a)(1) pending further proceedings. The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person.

The undersigned conducted a detention hearing on June 1, 2026.  For the reasons stated on the record, the undersigned finds that Defendant failed to establish by clear and convincing evidence that he will not pose a danger to any other person or to the community.

During the hearing, Defendant waived his right to a preliminary hearing on the allegations in the Petition.

Accordingly, pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), Defendant is detained pending a revocation hearing on the allegations in the Petition.

IT IS SO ORDERED.


Dated:  June 1, 2026                    /s/ *Maarten Vermaat*
                                        MAARTEN VERMAAT
                                        U.S. MAGISTRATE JUDGE

2